| | | | |
|---|---|---|---|
| Com. v. Edwards | 1 EDA 2016<br>Affirmed | 01/05/2017 | CP–51–CR–0003642–2008<br>(Philadelphia) |
| In Matter of Harper; Appeal of Harper [5] | 91 EDA 2016<br>Affirmed | 01/05/2017 | 2015–0597<br>(Delaware) |
| Cohan v. United Services Automobile Assn. | 683 EDA 2016<br>Affirmed | 01/05/2017 | 1066 Civil 2013<br>(Monroe) |
| Roscioli v. Roscioli | 802 EDA 2016<br>Affirmed | 01/05/2017 | No. 2014–21134<br>(Montgomery) |
| R.S.L. v. C.N.L. | 1577 EDA 2016<br>Affirmed | 01/05/2017 | 2015–20803<br>(Montgomery) |
| R.S.L. v. C.N.L. | 1583 EDA 2016<br>Affirmed | 01/05/2017 | 2015–20803<br>(Montgomery) |
| Com. v. Dones | 597 MDA 2016<br>Affirmed | 01/05/2017 | CP–22–CR–0003653–2015<br>(Dauphin) |
| In the Interest of: E.L., III | 854 MDA 2016<br>Affirmed | 01/05/2017 | OCAD 2014–00010<br>(Wyoming) |
| In the Interest of: J.J.L. | 855 MDA 2016<br>Affirmed | 01/05/2017 | 2014–00011<br>(Wyoming) |
| In the Interest of: D.L. | 856 MDA 2016<br>Affirmed | 01/05/2017 | 2014–00012<br>(Wyoming) |
| In the Interest of: T.L. | 857 MDA 2016<br>Affirmed | 01/05/2017 | 2014–00013<br>(Wyoming) |
| Com. v. West | 879 MDA 2016<br>Affirmed | 01/05/2017 | CP–28–SA–0000010–2016<br>(Franklin) |
| Com. v. Bonsignore | 2917 EDA 2015<br>Affirmed | 01/06/2017 | CP–52–CR–0000215–2012<br>(Pike) |
| Com. v. Dockery | 2987 EDA 2015<br>Affirmed | 01/06/2017 | CP–51–CR–0742101–1989<br>(Philadelphia) |
| Com. v. Pinnock | 3198 EDA 2015<br>Affirmed | 01/06/2017 | CP–51–CR–0003778–2014<br>(Philadelphia) |
| Com. v. Pittman | 3393 EDA 2015<br>Affirmed | 01/06/2017 | CP–39–CR–0000304–1998<br>(Lehigh) |
| Com. v. Garland | 3551 EDA 2015<br>Affirmed | 01/06/2017 | CP–51–CR–0007256–2009<br>(Philadelphia) |
| Com. v. Miles [6] | 1052 EDA 2016<br>Reversed, Vacated and Remanded | 01/06/2017 | CP–51–CR–0006808–2009<br>(Philadelphia) |

5. Petition for reargument denied March 15, 2017.
6. Petition for reargument denied March 9, 2017.